

FILED
CLERK, U.S. DISTRICT COURT

AUG 14 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ROBERT RANSOM<br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mj-00667-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Monday, August 18,</u>, <u>2025</u> at <u>2:00</u> ☒ p.m. before the Honorable <u>Karen E. Scott</u> Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>08/14/2025</u>         /s/ Autumn D. Spaeth
                                                Autumn D. Spaeth, U.S. Magistrate Judge